UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLO VARTINELLI,

    Plaintiff,

v.                                                       Case No. 10-10702
                                                      Honorable Patrick J. Duggan

GEORGE PRAMSTALLER,
KHAN A. ZAKIUDDIN, MARY
ELLEN HYNES, and CORRECTIONAL
MEDICAL SERVICES,

    Defendants.
_____/

## JUDGMENT

Plaintiff Carlo Vartinelli, a Michigan Department of Corrections' prisoner, filed this civil rights action against Defendants on February 19, 2010. Defendants subsequently filed motions to dismiss and/or for summary judgment, which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Date: June 8, 2011

                                                  s/PATRICK J. DUGGAN
                                                  UNITED STATES DISTRICT JUDGE

Copies to:
Carlo Vartinelli, #226798
Carson City Correctional Facility
10274 Boyer Road
Carson City, MI   48811

Kevin M. Thom, Esq.
Brian J. Richtarcik, Esq.
Randall A. Juip, Esq.